FILED
AUG 13 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-cr-0244 OWW |
| ) | |
| Plaintiff, ) | ORDER FOR RELEASE TO HOME CONFINEMENT |
| ) | |
| v. ) | |
| ) | |
| HAROLD WAYNE ESTES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS ORDERED that Defendant Harold Wayne Estes shall be released to home confinement for a term of five months in accordance with all terms and conditions of the Disposition pronounced in open Court on August 13, 2007.

FURTHER ORDERED that Defendant shall be given credit for time served to date, 70 days.

DATED: August 13, 2007.

_____
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

1